IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE ALBERT JOHNSON, et. al., | CASE NO. 5:14-cv-01824 EJD |
| Plaintiff(s), | **ORDER RE: ACCEPTANCE OF OFFER OF JUDGMENT** |
| v. | |
| SLOVAK, BARON, EPEY, MURPHY & PINKNEY, LLP, et. al., | |
| Defendant(s). | |

Plaintiffs have accepted Defendants' Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. See Docket Item Nos. 17, 18. Accordingly, Defendants shall file a proposed judgment or judgments consistent with Plaintiffs' acceptance on or before **August 12, 2014.**

**IT IS SO ORDERED.**

Dated: August 5, 2014

EDWARD J. DAVILA
United States District Judge